# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NESTOR VELEZ,

                    Plaintiff,          18 **CIVIL** 8603 (PGG) (KNF)

       -against-                  **JUDGMENT**

ANDREW SAUL, Commissioner of Social Security,

                    Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated March 26, 2020, the Court adopts the findings and conclusions of the R&R as set for in the Order; Plaintiff motion for judgment on the pleadings is granted to the extent that this case is remanded as set forth in the Order; The Commissioner's cross-motion for judgment on the pleadings is denied; this case is remanded to the Commissioner of Social Security for further proceedings.

**Dated:** New York, New York
         March 27, 2020

                                                           **RUBY J. KRAJICK**
                                                           _____
                                                               **Clerk of Court**
                     **BY:**
                               _____
                                                               **Deputy Clerk**